

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2022

No. 04-20-00347-CV

**IN THE INTEREST OF E.A.C**., a Child,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-06011
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:        Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On February 16, 2022, we withdrew the submission date of this appeal to allow Appellant Claudia O. to request on or before February 28, 2022 the complete reporter's record of the specific trial court proceedings she feels are necessary to her appeal. We further ordered Appellant Claudia O. to file a copy of her request for a reporter's record in this court on or before February 28, 2022. We explained that failure to file a complete reporter's record would result in a presumption that any omitted portions of the record are relevant and would support the trial court's order. *See Mason v. Our Lady Star of the Sea Catholic Church*, 154 S.W.3d 816, 822 (Tex. App.—Houston [14th Dist.] 2005, no pet.). We further explained that if appellant failed to comply with our order, this appeal would be submitted to the panel with a partial reporter's record.

Appellant has failed to comply with our order; she has not filed a copy of any request she made to the court reporter. Therefore, this appeal will be submitted to the panel with a partial reporter's record. We ORDER the above cause to be set for formal submission ON BRIEFS ONLY before this Court on **April 12, 2022** before a panel consisting of Justice Luz Elena D. Chapa, Justice Beth Watkins, and Justice Liza A. Rodriguez.

It so **ORDERED** on this 22nd day of March, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

